Withdrawn and not reissued.

0 6107